UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 26 2005
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

EMMIS COMMUNICATIONS CORPORATION, )
                    Plaintiff, )
)
vs. )
) Cause No. _____
ADVENT CAPITAL MANAGEMENT, L.L.C., )
OPPENHEIMER FUNDS, INC., FROLEY, REVY )
INVESTMENT COMPANY INC., MERRILL LYNCH )
INVESTMENT MANAGERS (NJ), NUVEEN ASSET )
MANAGEMENT, PUTNAM INVESTMENT )
MANAGEMENT, L.L.C., SHENKMAN CAPITAL )
MANAGEMENT, INC., OAKTREE CAPITAL )
MANAGEMENT, LLC, GABELLI ASSET )
MANAGEMENT COMPANY, FIDELITY )
MANAGEMENT & RESEARCH COMPANY A/K/A )
FMR CORP., DAVIS/DINSMORE MANAGEMENT )
COMPANY, GABELLI ASSET MANAGEMENT (UK) )
LTD., LORD, ABBETT & CO. LLC, DEUTSCHE ASSET )
MANAGEMENT AMERICAS, INC., ING )
INVESTMENTS, LLC (ARIZONA), ING INVESTMENT )
MANAGEMENT CO. (CT), SG COWEN & CO., LLC, )
TEALWOOD ASSET MANAGEMENT, INC., SMC )
CAPITAL, INC., MORGAN STANLEY INVESTMENT )
MANAGEMENT INC. (US), PENN CAPITAL )
MANAGEMENT, INC., BLACKROCK FINANCIAL )
MANAGEMENT (VALUE), MFC GLOBAL )
INVESTMENT MANAGEMENT, ST. PAUL )
TRAVELERS COMPANIES, INC., WELLS FARGO )
BANK, N.A., PEKIN SINGER STRAUSS ASSET )
MANAGEMENT INC., )
)
                    Defendants. )

1:05-cv-0791-SEB-VSS

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that, for the reasons set forth below, Defendants Merrill Lynch Investment Managers, L.P., Shenkman Capital Management, Oaktree Capital Management, LLC, Advent Capital Management LLC, Putnam Investment Management LLC, SG Cowen & Co. LLC, Gabelli Asset Management Company, Gabelli Asset Management (UK) Ltd.,

Davis/Dinsmore Management Co., Oppenheimerfunds, Inc. and St. Paul Travelers Companies, Inc. (collectively, the "Removing Defendants")[1] by their undersigned attorneys file this Notice of Removal to remove this action from the Marion County Superior Court, State of Indiana to the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §1332(a).

In support of the Notice of Removal, the Removing Defendants state as follows:

## BACKGROUND TO THE NOTICE OF REMOVAL

1. On May 16, 2005, plaintiff Emmis Communications Corporation ("Emmis") filed a Complaint in the Marion County Superior Court, State of Indiana entitled <u>Emmis Communications Corporation vs. Advent Capital Management, LLC, Oppenheimer Funds, Inc., Froley, Revy Investment Company Inc., Merrill Lynch Investment Managers (NJ), Nuveen Asset Management, Putnam Investment Management, LLC, Shenkman Capital Management, Inc., Oaktree Capital Management, LLC, Gabelli Asset Management Company, Fidelity Management & Research Company a/k/a FMR Corp., Davis/Dinsmore Management Company, Gabelli Asset Management (UK) Ltd., Lord, Abbett & Co. LLC, Deutsche Asset Management Americas, Inc., ING Investments, LLC (Arizona), ING Investment Management Co. (CT), SG Cowen & Co., LLC, Tealwood Asset Management, Inc., SMC Capital, Inc., Morgan Stanley Investment Management Inc. (US), Penn Capital Management, Inc., Blackrock Financial Management (Value), MFC Global Investment Management, St. Paul Travelers Companies, Inc., Wells Fargo Bank, N.A., Pekin Singer Strauss Asset Management Inc.</u>, Cause No.: 49D01-0505-PL-018784 (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit A.

2. Plaintiff seeks (I) a declaration that (a) the provision in the Preferred Amendment dated October, 1999 (an exhibit attached to Emmis's Second Amended and Restated Articles of Incorporation which purportedly was filed with the SEC) relating to the conversion price of Convertible Preferred Stock in the event of a self-tender or self-exchange offer resulted

---

[1] The Removing Defendants file this removal subject to, and without waiving, any objections to personal jurisdiction they may have. Removal does not waive any right to object to personal jurisdiction. <u>See, e.g.</u>, <u>Morris & Co. v. Skandinavia Ins. Co.</u>, 279 U.S. 405, 409 (1929) ("Petitioner suggests that, by removal of the case to federal court, objection to jurisdiction over the person of respondent was waived. Our decisions are to the contrary."); <u>Silva v. City of Madison</u>, 69 F.3d 1368, 1376 (7th Cir. 1995) (same).

from a mutual mistake; and (b) the Articles of Correction which Emmis alleges it delivered to the Indiana Secretary of State on May 16, 2005 are valid, binding and enforceable against all holders of the Preferred; and (II) a reformation of the Preferred Amendment to conform to the correction set forth in the purported Articles of Correction. (Exhibit A, Compl. ¶¶ 1, 2, 8, 40, 52, 53.) According to Plaintiff, it seeks this relief in connection with an offer to purchase up to 20,250,000 shares of its class A common stock at a price per share not less than $17.25 and not greater than $19.75.

       3.     The parties to this action are:

       a.     Plaintiff:

Emmis Communications Corporation is a corporation organized under the laws of the State of Indiana with its principal place of business in Indiana.

       b.     Defendants:

       (i)     Advent Capital Management LLC ("Advent") is a limited liability company organized under the laws of the State of Delaware with its principal place of business in New York. The members of Advent are individuals who are citizens of New York, New Jersey, California or Kuwait and a limited partnership organized under the laws of the State of New York with principal place of business in New York and whose partners are individuals who are citizens of New York.

       (ii)     Oppenheimer Funds, Inc. is a corporation organized under the laws of the State of Colorado with its principal place of business in New York.

       (iii)     Froley, Revy Investment Company Inc. is a corporation organized under the laws of the State of California with its principal place of business in California.

       (iv)     Merrill Lynch Investment Managers, L.P. ("MLIM") is a limited partnership organized under the laws of the State of Delaware with its principal place of business in New Jersey. The partners of MLIM are two corporations, one of which is organized under the laws of the State of Delaware with a principal place of business in New York and the other is organized under the laws of the State of Delaware with a principal place of business in New Jersey.

       (v)     Nuveen Asset Management is a corporation organized under the laws of the State of Delaware with its principal place of business in Illinois.

(vi) Putnam Investment Management LLC ("Putnam") is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Massachusetts. The sole member of Putnam (the "Putnam Member") is a limited liability company organized under the laws of the State of Delaware with a principal place of business in Massachusetts. The sole member of the Putnam Member is a Massachusetts Business Trust whose shareholders are a corporation organized under the laws of the State of Delaware with a principal place of business in New York and individuals who are citizens of California, Connecticut, Florida, Illinois, Massachusetts, Maryland, Michigan, Minnesota, Missouri, North Carolina, New Jersey, Nevada, New York, Pennsylvania, Texas, England, Japan or Italy.

(vii) Shenkman Capital Management, Inc. is a corporation organized under the laws of the State of New York with its principal place of business in New York.

(viii) Oaktree Capital Management, LLC ("Oaktree") is a limited liability company organized under the laws of the State of California with its principal place of business in California. The members of Oaktree are (a) individuals who are citizens of California, Connecticut or New Jersey; (b) a retirement system organized under the laws of the State of Pennsylvania with a principal place of business in Pennsylvania; (c) a corporation organized under the laws of the State of Delaware with a principal place of business in Delaware; (d) a limited partnership organized under the laws of the State of Delaware with a principal place of business in California whose partners are a corporation organized under the laws of the State of California with a principal place of business in California and individuals who are citizens of California, Connecticut, New Jersey, New York, New Jersey, Singapore or United Kingdom; and (e) a limited partnership organized under the laws of the State of Delaware with a principal place of business in California whose partners are a corporation organized under the laws of the State of California with a principal place of business in California and individuals who are citizens of California.

(ix) Gabelli Asset Management Company d/b/a Gamco Investors Inc. is a corporation organized under the laws of the State of New York with its principal place of business in New York.

    (x) Fidelity Management & Research Company a/k/a FMR Corp. is a corporation organized under the laws of the State of Delaware with its principal place of business in Massachusetts.

    (xi) Davis/Dinsmore Management Company is a corporation organized under the laws of the State of Delaware with its principal place of business in New Jersey.

    (xii) Gabelli Asset Management (UK) Ltd. is a limited company organized under the laws of the United Kingdom with its principal place of business in England.

    (xiii) Lord, Abbett & Co. LLC ("Lord") is a limited liability corporation organized under the laws of the State of Delaware with its principal place of business in New Jersey. The members of Lord are individuals who are citizens of Connecticut, New Jersey or New York.

    (xiv) Deutsche Asset Management Americas, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

    (xv) ING Investments, LLC ("ING LLC") is a limited liability company organized under the laws of the State of Arizona with its principal place of business in Arizona. The sole member of ING LLC is a limited liability company which is organized under the laws of the State of Delaware and with a principal place of business in Arizona. The sole member of that limited liability company is another limited liability company which is organized under the laws of the State of Delaware and with a principal place of business in Arizona which in turn is 100% owned by a corporation organized under the laws of the State of Connecticut with a principal place of business in Connecticut.

    (xvi) ING Investment Management Co. is a corporation organized under the laws of the State of Connecticut with its principal place of business in Connecticut.

    (xvii) SG Cowen & Co., LLC ("Cowen") is a limited liability company organized under the laws of the State of Delaware with its principal place of business in New York. The sole member of Cowen is a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

    (xviii) Tealwood Asset Management, Inc. is a corporation organized under the laws of the State of Minnesota with its principal place of business in Minnesota.

(xix) SMC Capital, Inc. is a corporation organized under the laws of the State of Kentucky with its principal place of business in Kentucky.

(xx) Morgan Stanley Investment Management Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

(xxi) Penn Capital Management, Inc. is a corporation organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

(xxii) Blackrock Financial Management, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

(xxiii) MFC Global Investment Management Inc. is a corporation organized under the laws of Canada with its principal place of business in Canada.

(xxiv) St. Paul Travelers Companies, Inc. is a corporation organized under the laws of the State of Minnesota with its principal place of business in Minnesota.

(xxv) Wells Fargo Bank, N.A is a federally chartered banking institution organized under the laws of the United States with its principal place of business in California.

(xxvi) Pekin Singer Strauss Asset Management Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in Illinois.

4. From May 16, 2005 until the date of this notice, the places of business and states and/or countries of organization for each of the parties are as set forth in paragraph 3.

5. Attached hereto as Exhibit B are true and correct copies of the summons filed and/or served in this matter to date. In addition to Exhibit B, a copy of all other papers filed/or served in the state court action are attached and marked as Exhibit C.

6. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. (See Compl. at ¶¶ 40-48.)

**REMOVAL PURSUANT TO 28 U.S.C. § 1441**

7. Cases in which there is complete diversity of citizenship of the parties may be removed pursuant to 28 U.S.C. § 1441, which states in pertinent part:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of

>removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.
>
>(b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

8. This Court possesses original jurisdiction pursuant to 28 U.S.C. § 1332 which provides in pertinent part:

>(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
>
>>(3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; . . .
>
>(c) For the purposes of this section and section 1441 of this title
>
>>(1) a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business . . . .

28 U.S.C. § 1332 (a) & (c).

9. As reflected in paragraph 3, complete diversity of citizenship exists among the parties.

### THE REMOVAL PREREQUISITES HAVE BEEN SATISFIED

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of the commencement of the above action and is, therefore, timely.

11. True and correct copies of the all process, pleadings and orders filed in the state court proceeding are filed with this Court as Exhibits A- C.

12. Written notice of the filing of this Notice of Removal is hereby given to all parties.

13. A Notice to Clerk with a copy of this Notice of Removal attached will be filed promptly with the Clerk of the Court for the Marion County Superior Court, State of Indiana.

14. No previous application has been made by defendants for this or similar relief.

15. All parties named as defendants in the case have authorized the undersigned to represent that they consent to the removal of this action.

WHEREFORE, the Removing Defendants, desiring to remove this Action to the United States District Court for the Southern District of Indiana, hereby request that the filing of this Notice of Removal shall effect the removal of said civil Action to this Court.

Dated: May 26, 2005

Respectfully submitted,

_____
Anne N. DePrez
Karoline E. Jackson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, In 46204
Telephone: (317) 231-7264

Of Counsel:
Jay B. Kasner
Susan L. Saltzstein
Scott D. Musoff
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
212-735-3000

Attorneys for Defendants Merrill Lynch Investment Managers L.P., Shenkman Capital Management, Inc., Oaktree Capital Management, LLC, Advent Capital Management, LLC, Putnam Investment Management LLC, SG Cowen & Co. LLC, Gabelli Asset Management Company, Gabelli Asset Management (UK) Ltd., Davis/Dinsmore Management Co. and Oppenheimerfunds, Inc.

_____
Steven J. Strawbridge
B. Keith Shake
Thomas E. Satrom
LOCKE REYNOLDS LLP
201 North Illinois, Suite 1000
Post Office Box 44961
Indianapolis, Indiana 46244-0961
Telephone: (317) 237-3800

Attorneys for Defendant St. Paul Travelers Companies, Inc.

8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 26th day of May, 2005, by hand delivery and properly addressed to the following:

Edward W. Harris III
James A. Strain
Mary T. Doherty
Sommer & Barnard, P.C.
One Indiana Square, Suite 3500
Indianapolis, IN 46204

and by United States Mail, postage prepaid and properly addressed to the following:

Penn Capital Management, Inc.
Attn: Highest Officer Found
52 Haddonfield-Berlin Road
Cherry Hill, NJ 08034

SMC Capital, Inc.
Attn: Highest Officer Found
4350 Brownsboro Road, #310
Louisville, KY 40207

Blackrock Financial Management, Inc.
Attn: Highest Officer Found
40 East 52nd Street
New York, NY 10022

MFS Global Investment Management Inc.
Attn: Highest Officer Found
200 Clarendon Street, T-58
Boston, MA 02117

Pekin Singer & Strass Asset Management, Inc.
Attn: Highest Officer Found
311 South Wacker Drive, #4990
Chicago, IL 60606-6622

Wells Fargo Bank, N.A.
Attn: Highest Officer Found
420 Montgomery Street
San Francisco, CA 94104-1205

Fidelity Management & Research Company
Attn: Highest Officer Found
82 Devonshire Street
Boston, MA 02109

Morgan Stanley Investment Management, Inc.
Attn: Highest Officer Found
1221 6th Avenue
New York, NY 10020

ING Investments, LLC
Attn: Highest Officer Found
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Tealwood Asset Management
Attn: Highest Officer Found
100 South 5th Street, Suite 410
Minneapolis, MN 55402-1229

ING Investment Management Co.
Attn: Highest Officer Found
230 Park Avenue
New York, NY 10169

Nuveen Asset Management
Attn: Highest Officer Found
333 W. Wacker Drive, #3200
Chicago, IL 60606-2290

Lord, Abbett & Co., LLC
Attn: Highest Officer Found
90 Hudson Street
Jersey City, NJ 07302

_____