# SUMMONS

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49D12C505PL018784

To Defendant:  **FROLEY, REVY INVESTMENT CO., INC.**
            Attn:  Highest Officer Found
            10900 Wilshire Blvd., Suite 900
            Los Angeles, CA  90024

      You have been sued by the person named as plaintiff and in the Court indicated above.  The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___May 16, 2005___

_Dana Anar Sadler_
Superior Court

MAY 1 6 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Froley, Revy Investment Co., Inc.
Attn: Highest Officer Found
10900 Wilshire Blvd., Suite 900
Los Angeles, CA  90024

2. Article Number
   (Transfer from service label)

7001 2510 0005 7911 0678

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery
5/19/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

D1-05-18784

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

D1-05-18284

7001 2510 0005 7911 0678

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Froley, Revy Investment Co., Inc.
Attn: Highest Officer Found
Street, Apt. No.; or PO Box No.: 10900 Wilshire Blvd., Suite 900
City, State, ZIP+4: Los Angeles, CA 90024

PS Form 3800

I hereby certify that [...] I mailed a copy of this

Summons and a co[...] ____________

By certified mail, re[...] y the plaintiff.

Doris Anne Sadler

Clerk of the Circuit Court of Marion County

Dated: May 17 2005 By: RL
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to defendant ____________ was accepted by the defendant on the ________ day of ____________, 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ________ day of ________ 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to the defendant SIGNED was accepted by ____________ on behalf of said defendant on the ________ day of MAY 24 2005, 2005.

Clerk of the Marion Circuit Court

By: RL

# S U M M O N S

STATE OF INDIANA )

              ) SS:

COUNTY OF MARION )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
     Plaintiff,
     vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
     Defendants.

49u D1C505PLD 18784

To Defendant: **FROLEY, REVY INVESTMENT CO., INC.**
                Attn: Highest Officer Found
                10900 Wilshire Blvd., Suite 900
                Los Angeles, CA 90024

       You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

       An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

       If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   May 16, 2005
(Seal)

Doris Anar Sadler

Clerk, Marion Superior Court
                       MAY 1 6 2005

THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:

_XXX_ Registered or certified mail.

_____ Service at place of employment, to-wit:

_____ Service on individual (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: _____ |

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
        vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49B310505ELB18784

To Defendant:  **GABELLI ASSET MANAGEMENT COMPANY**
        Attn:  Highest Officer Found
        1 Corporate Center
        Rye, NY  10580-1422

     You have been sued by the person named as plaintiff and in the Court indicated above.  The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

     An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___May 16, 2005___

_Davis Anar Sadler_

Marion Superior Court MAY 16 2005

BY DESIGNATED:

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gabelli Asset Management
Company
Attn: Highest Officer Found
1 Corporate Center
Rye, NY  10580-1422

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   □ Agent
              □ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Muzaffer Engin   5.20.05

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

D1-05-1878

3. Service Type
  □ Certified Mail   □ Express Mail
  □ Registered   □ Return Receipt for Merchandise
  □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)
7001 2510 0005 7911 0531

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

D1-05-1874



U.S. Postal Service  
CERTIFIED MAIL RECEIPT  
(Domestic Mail Only; No Insurance Coverage Provided)

Postage | $  
Certified Fee  
Return Receipt Fee  
(Endorsement Required)  
Restricted Delivery Fee  
(Endorsement Required)  
Total Postage & Fees  

Sent To Gabelli Asset Management  
Company  
Attn: Highest Officer Found  
Street, Apt. No.; 1 Corporate Center  
or PO Box No.;  
City, State, ZIP+4 Rye, NY 10580-1422  

PS Form 3800, Ja...

Postmark  
Here

I hereby certify that [_____] I mailed a copy of this

Summons and a c[_____]

By certified mail, re[_____] by the plaintiff.

_Doris Anne Sadler_

_____  
Clerk of the Circuit Court of Marion County

Dated: _May 17_ 2005    By: _RL_____  
                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the _____ day of_____

2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant ___SIGNED_____

was accepted by _____ on behalf of

said defendant on the _____ day of _____ MAY 2 4 2005 _, 2005.

                    Clerk of the Marion Circuit Court

                    By: _RL_____

# S U M M O N S

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49D0505055 EL 88784

To Defendant: **GABELLI ASSET MANAGEMENT COMPANY**
    Attn: Highest Officer Found
    1 Corporate Center
    Rye, NY 10580-1422

You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___May 16, 2005_____
(Seal)

Clerk, Marion Superior Court MAI   1 6   2005

THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
  XXX   Registered or certified mail.
_____ Service at place of employment, to-wit:
_____ Service on individual (Personal or copy) at above address.
_____ Service on agent. (Specify)
_____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: _____ |

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49D010505PL018784

To Defendant: **OAKTREE CAPITAL MANAGEMENT, LLC**
                Attn: Highest Officer Found
                333 S. Grand Avenue, 28th Floor
                Los Angeles, CA 90071

      You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   May 16, 2005

Marion Superior Court MAY 1 6 2005

BY DESIGNATED:

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oaktree Capial Management, LLC
Attn: Highest Officer Found
333 S. Grand Ave., 28th Floor
Los Angeles, CA 90071

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
J. Amezquita   5/20/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

D1-05-18784

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7001 2510 0005 7911 0548

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

D1-05-1871

The postal receipt (vertical text) reads:

Sent To
Oaktree Capital Management, LLC
Attn: Highest Officer Found
333 S. Grand Ave., 28th Floor
Los Angeles, CA 90071

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

Total Postage

Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Certified Fee
Postage $

PS Form 3800

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postmark Here

I hereby certify that ... I mailed a copy of this

Summons and a cop...

By certified mail, re... y the plaintiff.

*Doris Anne Sadler*

Clerk of the Circuit Court of Marion County

Dated: May 17 2005    By: RL
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the _____ day of_____

2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____    SIGNED    _____ on behalf of

said defendant on the _____ day of ___ MAY 24 2005 ____, 2005.

Clerk of the Marion Circuit Court

By: RL _____

# SUMMONS

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49G0310505PL0 18784

To Defendant: **OAKTREE CAPITAL MANAGEMENT, LLC**
                Attn: Highest Officer Found
                333 S. Grand Avenue, 28th Floor
                Los Angeles, CA 90071

        You have been sued by the person named as plaintiff and in the Court indicated above.  The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

        An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___May 16, 2005_____
(Seal)

_____

Clerk, Marion Superior Court MAY 1 6 2005

THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
_XXX_ Registered or <u>certified mail</u>.
_____ Service at place of employment, to-wit:
_____ Service on individual (Personal or copy) at above address.
_____ Service on agent. (Specify)
_____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

STATE OF INDIANA      )
                      ) SS:
COUNTY OF MARION      )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49D02S0505PL0 18784

To Defendant: **TEALWOOD ASSET MANAGEMENT**
            Attn: Highest Officer Found
            100 South 5th Street, Suite 410
            Minneapolis, MN  55402-1229

      You have been sued by the person named as plaintiff and in the Court indicated above.  The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___May 16, 2005___
(Seal)

Marion Superior Court

BY DESIGNATED:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tealwood Asset Management
Attn: Highest Officer Found
100 South 5th St., Suite 410
Minneapolis, MN  55402-1229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
5-19-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

D1-05-18784

3. Service Type
  ☑ Certified Mail   ☐ Express Mail
  ☐ Registered   ☐ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
  (Transfer from service label)
7001 2510 0005 7911 0586

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509

7001 2510 0005 7911 0586

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: Tealwood Asset Management
Attn: Highest Officer Found
100 South 5th St., Suite 410
Minneapolis, MN 55402-1229

PS Form 3800, January 2001

Total Postage & Fees
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Certified Fee
Postage $

Postmark Here

I hereby certify that ☐ I mailed a copy of this

Summons and a cop

By certified mail, req the plaintiff.

_Doris Anne Sadler_

_____
Clerk of the Circuit Court of Marion County

Dated: _May 17_ 2005      By: __RL_____
                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the _____day of_____

2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

                                        SIGNED

was accepted by _____ on behalf of

said defendant on the _____day of _MAY 24 2005_____ , 2005.

Clerk of the Marion Circuit Court

By: __RL_____

# SUMMONS

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
        Plaintiff,
        vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
        Defendants.

49031250552&6 18784

To Defendant: **TEALWOOD ASSET MANAGEMENT**
              Attn: Highest Officer Found
              100 South 5th Street, Suite 410
              Minneapolis, MN 55402-1229

You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___May 16, 2005_____
(Seal)

_____

_____
Clerk, Marion Superior Court      ᴵ ⁴ 1 6 **2005**

---

THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
  _XXX_  Registered or certified mail.
  _____ Service at place of employment, to-wit:
  _____ Service on individual (Personal or copy) at above address.
  _____ Service on agent. (Specify)
  _____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

STATE OF INDIANA ) IN THE MARION SUPERIOR COURT
) SS:
COUNTY OF MARION )   CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
      vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

490215505PL018784

To Defendant: **DAVIS-DINSMORE MANAGEMENT COMPANY**
               Attn:  Highest Officer Found
               65 Madison Avenue, 4th Floor
               Morristown, NJ  07960

      You have been sued by the person named as plaintiff and in the Court indicated above.  The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    *Dana Anne Sadler*

Dated __May 16, 2005_____
(Seal)

                            n Superior Court MAY 1 6 2005

BY DESIGNATED:

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Davis-Dinsmore Management Company
Attn: Highest Officer Found
65 Madison Avenue, 4th Floor
Morristown, NJ  07960

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Amanda Moorehead*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
*Amanda Moorehead*   /20/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

D1-05-18784

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
  (Transfer from service label)   7001 2510 0005 7911 0616

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

D1-05-1878

```
7    ⌐  2510  0005  7911  0616
```

PS Form 3800

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To

Total Postage & Fees

Restricted Delivery Fee
(Endorsement Required)

Return Receipt Fee
(Endorsement Required)

Certified Fee

Postage $

Street, Apt No;
or PO Box No.

City, State, ZIP+4

Morristown, NJ 07960

65 Madison Avenue, 4th Floor

Attn: Highest Officer Found

Company

Davis-Dinsmore Management

Postmark
Here

I hereby certify that ⌐ ⌐ ⌐ ⌐ I mailed a copy of this

Summons and a co⌐ ⌐ ⌐ ⌐ ⌐ ⌐

By certified mail, re⌐ ⌐ ⌐ ⌐ y the plaintiff.

_Doris Anne Sadler_

_____
Clerk of the Circuit Court of Marion County

Dated: _May 17_ 2005      By: _RL_____
                               Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the _____day of_____

2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____     SIGNED     ____ on behalf of
                                             MAY 24 2005
said defendant on the _____day of _____, 2005.

Clerk of the Marion Circuit Court

By: _RL_____

# SUMMONS

STATE OF INDIANA     )         IN THE MARION SUPERIOR COURT
                         ) SS:

COUNTY OF MARION     )         CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
         Plaintiff,
         vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
         Defendants.

To Defendant: **DAVIS-DINSMORE MANAGEMENT COMPANY**
                 Attn: Highest Officer Found
                 65 Madison Avenue, 4th Floor
                 Morristown, NJ 07960

       You have been sued by the person named as plaintiff and in the Court indicated above.   The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

       An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

       If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   __May 16, 2005_____
(Seal)                             _____
                                    Clerk, Marion Superior Court MAY 16 2005

---

         THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
_ XXX _ Registered or <u>certified mail</u>.
_____ Service at place of employment, to-wit:
_____ Service on individual (Personal or copy) at above address.
_____ Service on agent. (Specify)
_____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

STATE OF INDIANA  )  IN THE MARION SUPERIOR COURT
          ) SS:
COUNTY OF MARION  )  CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49D1G505PL018784

To Defendant: **PUTNAM INVESTMENT MANAGEMENT LLC**
        Attn: Highest Officer Found
        One Post Office Square
        Boston, MA 02109

        You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

        An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dawn Anar Sadller

Dated ___May 16, 2005_____

Superior Court MAY 16 2005

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery   5-20-05 |
| 1. Article Addressed to:<br><br>Putnam Investment Management LLC<br>Attn: Highest Officer Found<br>One Post Office Square<br>Boston, MA 02109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>D1-05-18784<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7001 2510 0005 7911 0630 |
| PS Form 3811, August 2001 | Domestic Return Receipt      102595-01-M-2509 |

Y DESIGNATED:

7001 2510 0003 7451

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees

Sent To    Putnam Investment Management
           LLC
Street, Apt. No.;    Attn: Highest Officer Found
or PO Box No.        One Post Office Square
City, State, ZIP+4   Boston, MA 02109

Postmark
Here

PS Form 3800

I hereby certify that on the                                    led a copy of this

Summons and a copy of

By certified mail, requesti                                    plaintiff.

_Doris Anne Sadler_

_____
Clerk of the Circuit Court of Marion County

Dated: _May 17_ 2005        By: __RL_____
                                          Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the _____day of_____

2005.

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____ SIGNED _____ on behalf of

said defendant on the _____day of ____ MAY 24 2005 ___, 2005.
                                          Clerk of the Marion Circuit Court

                              By: __RL_____

# SUMMONS

STATE OF INDIANA      )       IN THE MARION SUPERIOR COURT
                            ) SS:

COUNTY OF MARION     )        CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
       Plaintiff,
       vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
       Defendants.

49G02G505PL018784

To Defendant: **PUTNAM INVESTMENT MANAGEMENT LLC**
                 Attn: Highest Officer Found
                 One Post Office Square
                 Boston, MA 02109

      You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   May 16, 2005                 _____
(Seal)

                 Clerk, Marion Superior Court    MAY 16 2005

---

       THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
 __XXX__ Registered or <u>certified mail</u>.
 _____ Service at place of employment, to-wit:
 _____ Service on individual (Personal or copy) at above address.
 _____ Service on agent. (Specify)
 _____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49001350 5 P L 0 18784

To Defendant: **ADVENT CAPITAL MANAGEMENT, L.L.C.**
                Attn: Highest Officer Found
                1065 Avenue of the Americas, 31st Floor
                New York, NY 10018

       You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

       An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

       If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_Doris Anne Sadler_

Dated ___May 16, 2005___

_____ (Seal)
Clerk, Marion Superior Court MAY 16 2005

---

THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
  **XXX**   Registered or certified mail.
_____ Service at place of employment, to-wit:
_____ Service on individual (Personal or copy) at above address.
_____ Service on agent. (Specify)
_____ Other service. (Specify)

PLAINTIFF'S COUNSEL:

Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

STATE OF INDIANA          )                    IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )                    CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,                    49ü å ¥å5å5 P.L ö 18784
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.


To Defendant: **SHENKMAN CAPITAL MANAGEMENT, INC.**
              Attn: Highest Officer Found
              461 Fifth Avenue, 22nd Floor
              New York, NY 10017

        You have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

        An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

                                                    Doris Anne Sadller

Dated __May 16, 2005_____          _____
(Seal)
                                        Clerk, Marion Superior Co**MAY** 16 2005

_____
            THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:
  XXX  Registered or certified mail.
_____ Service at place of employment, to-wit:
_____ Service on individual (Personal or copy) at above address.
_____ Service on agent. (Specify)
_____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

# SUMMONS

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

IN THE MARION SUPERIOR COURT

CAUSE NO: _____

EMMIS COMMUNICATIONS CORP.,
    Plaintiff,
    vs.
ADVENT CAPITAL MANAGEMENT,
L.L.C., et al.,
    Defendants.

49D0105058CC0 18784

To Defendant:  **GABELLI ASSET MANAGEMENT COMPANY**
        Attn: Highest Officer Found
        1 Corporate Center
        Rye, NY 10580-1422

      You have been sued by the person named as plaintiff and in the Court indicated above.  The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  May 16, 2005
(Seal)

MAY 16 2005

Clerk, Marion Superior Court

THE FOLLOWING MANNER OF SERVICE OF SUMMONS IS HEREBY DESIGNATED:

  **XXX**  Registered or certified mail.
  _____ Service at place of employment, to-wit:
  _____ Service on individual (Personal or copy) at above address.
  _____ Service on agent. (Specify)
  _____ Other service. (Specify)

PLAINTIFF'S COUNSEL:
Edward W. Harris III, #7485-49
SOMMER & BARNARD, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Fax: (317) 713-3699

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ___ day of _____, 20___:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2) By leaving a copy of the Summons and a copy of the complaint at_____
which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks:_____

_____

_____       _____
Sheriff's Costs                                          Sheriff

                                   By:   _____
                                          Deputy

## CLERK'S CERTIFICATE OF MAILING

   I hereby certify that on the ___ day of _____, 20___, I mailed a copy of this summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

                                          _____
                                          Clerk, Marion Superior Court

Dated:_____.          By:   _____
                                          Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

   I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the ___ day of _____, 20___.

   I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

_____

                                          Clerk, Marion Superior Court

                                   By:   _____
                                          Deputy