UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMMIS COMMUNICATIONS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVENT CAPITAL MANAGEMENT, L.L.C., )<br>OPPENHEIMER FUNDS, INC., FROLEY, REVY )<br>INVESTMENT COMPANY INC., MERRILL LYNCH )<br>INVESTMENT MANAGERS (NJ), NUVEEN ASSET )<br>MANAGEMENT, PUTNAM INVESTMENT )<br>MANAGEMENT, L.L.C., SHENKMAN CAPITAL )<br>MANAGEMENT, INC., OAKTREE CAPITAL )<br>MANAGEMENT, LLC, GABELLI ASSET )<br>MANAGEMENT COMPANY, FIDELITY )<br>MANAGEMENT & RESEARCH COMPANY A/K/A )<br>FMR CORP., DAVIS/DINSMORE MANAGEMENT )<br>COMPANY, GABELLI ASSET MANAGEMENT (UK) )<br>LTD., LORD, ABBETT & CO. LLC, DEUTSCHE )<br>ASSET MANAGEMENT AMERICAS, INC., ING )<br>INVESTMENTS, LLC (ARIZONA), ING )<br>INVESTMENT MANAGEMENT CO. (CT), SG )<br>COWEN & CO., LLC, TEALWOOD ASSET )<br>MANAGEMENT, INC., SMC CAPITAL, INC., )<br>MORGAN STANLEY INVESTMENT )<br>MANAGEMENT INC. (US), PENN CAPITAL )<br>MANAGEMENT, INC., BLACKROCK FINANCIAL )<br>MANAGEMENT (VALUE), MFC GLOBAL )<br>INVESTMENT MANAGEMENT, ST. PAUL )<br>TRAVELERS COMPANIES, INC., WELLS FARGO )<br>BANK, N.A., PEKIN SINGER STRAUSS ASSET )<br>MANAGEMENT INC., )<br>)<br>Defendants. ) | CAUSE NO.:<br>_____<br><br>1:05-cv-0791-SEB-VSS |

## NOTICE OF FILING NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE COURT AND
TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on the 26th day of May, 2005, the undersigned attorneys for Defendants Merrill Lynch Investment Managers, L.P., Gabelli Asset Management Company, Gabelli Asset Management (UK) Ltd., Shenkman Capital Management, Inc., Oaktree Capital Management, LLC, Advent Capital Management, LLC, Putnam Investment Management, LLC, SG Cowen & Co., LLC, Davis/Dinsmore Management Co., Oppenheimerfunds, Inc. and St. Paul Travelers Companies, Inc. filed a Notice of Removal, a true and correct copy of which is attached hereto as Exhibit A (without the exhibits attached to the Notice of Removal) in the United States District Court for the Southern District of Indiana.

DATED: May 26, 2005

Of Counsel:

Jay B. Kasner
Susan L. Saltzstein
Scott D. Musoff
SKADDEN, ARPS, SLATE MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

_____
Anne N. DePrez
Karoline E. Jackson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, In 46204
Telephone: (317) 231-7264

Attorneys for Defendants Merrill Lynch
Investment Managers, L.P., Gabelli Asset
Management Company, Gabelli Asset
Management (UK) Ltd., Shenkman Capital
Management, Inc., Oaktree Capital
Management, LLC, Advent Capital
Management, LLC, Putnam Investment
Management, LLC, SG Cowen & Co., LLC,
Davis/Dinsmore Management Co. and
Oppenheimerfunds, Inc.

_____
Steven J. Strawbridge
B. Keith Shake
Thomas E. Satrom
LOCKE REYNOLDS LLP
201 North Illinois, Suite 1000
Post Office Box 44961
Indianapolis, Indiana 46244-0961
Telephone: (317) 237-3800

Attorneys for Defendant St. Paul Travelers Companies, Inc.