# Exhibit B

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D01-0505-PL-018784 |

EMMIS COMMUNICATIONS CORPORATION,   )
)
    Plaintiff,   )
)
    vs.   )
)
ADVENT CAPITAL MANAGEMENT, L.L.C.,   )
OPPENHEIMERFUNDS, INC., FROLEY, REVY   )
INVESTMENT COMPANY INC., MERRILL LYNCH   )
INVESTMENT MANAGERS (NJ), NUVEEN ASSET   )
MANAGEMENT, PUTNAM INVESTMENT   )
MANAGEMENT, L.L.C., SHENKMAN CAPITAL   )
MANAGEMENT, INC., OAKTREE CAPITAL   )
MANAGEMENT, LLC, GABELLI ASSET   )
MANAGEMENT COMPANY, FIDELITY   )
MANAGEMENT & RESEARCH COMPANY A/K/A   )
FMR CORP., DAVIS/DINSMORE MANAGEMENT   )
COMPANY, GABELLI ASSET MANAGEMENT   )
(UK) LTD., LORD, ABBETT & CO. LLC,   )
DEUTSCHE ASSET MANAGEMENT AMERICAS,   )
INC., ING INVESTMENTS, LLC (ARIZONA), ING   )
INVESTMENT MANAGEMENT CO. (CT), SG   )
COWEN & CO., LLC, TEALWOOD ASSET   )
MANAGEMENT, INC., SMC CAPITAL, INC.,   )
MORGAN STANLEY INVESTMENT   )
MANAGEMENT INC. (US), PENN CAPITAL   )
MANAGEMENT, INC., BLACKROCK FINANCIAL   )
MANAGEMENT (VALUE), MFC GLOBAL   )
INVESTMENT MANAGEMENT, ST. PAUL   )
TRAVELERS COMPANIES, INC., WELLS FARGO   )
BANK, N.A., PEKIN SINGER STRAUSS ASSET   )
MANAGEMENT INC.,   )
)
    Defendants.   )

## PLAINTIFF'S NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Indiana Rules of Trial Procedure, plaintiff Emmis Communications Corporation will take the depositions upon oral examination of the individuals listed below at the offices of Sommer Barnard Attorneys, P.C.,

EXHIBIT A

One Indiana Square, Suite 3500, Indianapolis, Indiana 46204, at the (local) times and on the days indicated below, and continuing from day to day until completed.

## Definitions

1. "Emmis Preferred Stock" means the 6.25% Series A Cumulative Convertible Preferred Stock, issued by plaintiff Emmis Communications Corporation and offered for sale pursuant to a Prospectus dated October 26, 1999.

2. "Preferred Amendment" means the Second Amended and Restated Articles of Incorporation of Emmis filed with the Indiana Secretary of State on or about October 29, 1999.

## Rule 30(B)(6) Designation Applicable To All Depositions

1. Each deposition noticed below is of the representative(s) of the listed defendant knowledgeable about (a) said defendant's acquisition(s) and disposition(s) of Emmis Preferred Stock, including all documents and oral communications upon which said defendant relied, reviewed, considered or consulted in connection with each such acquisition and/or disposition ; (b) the Preferred Amendment; and (c) the Prospectus for Emmis Preferred Stock.

2. Each defendant shall designate such representative(s) in accordance with Rule 30(B)(6) of the Indiana Rules of Trial Procedure.

## Depositions

a. Advent Capital Management, LLC, pursuant to Rule 30(B)(6) of the Indiana Rules of Trial Procedure (hereafter, "Rule 30(B)(6)"): May 31, 2005, at 9:00 a.m.

b. OppenheimerFunds, Inc., pursuant to Rule 30(B)(6): May 31, 2005, at 10:00 a.m.

c. Froley Revy Investment Co., Inc., pursuant to Rule 30(B)(6): May 31, 2005, at 11:00 a.m.

     d.     Merrill Lynch Investment Managers, L.P., pursuant to Rule 30(B)(6): May 31, 2005, at 1:00 p.m.

     e.     Nuveen Asset Management, Inc., pursuant to Rule 30(B)(6): May 31, 2005, at 2:00 p.m.

     f.     Putnam Investment Management LLC, pursuant to Rule 30(B)(6): May 31, 2005, at 3:00 p.m.

     g.     Shenkman Capital Management, Inc., pursuant to Rule 30(B)(6): May 31, 2005, at 4:00 p.m.

     h.     Oaktree Capital Management, LLC, pursuant to Rule 30(B)(6): June 1, 2005 at 9:00 a.m.

     i.     Gabelli Asset Management Company d/b/a Gamco Investors, Inc., pursuant to Rule 30(B)(6): June 1, 2005, at 10:00 a.m.

     j.     Gabelli Asset Management (UK) Ltd., pursuant to Rule 30(B)(6): June 1, 2005, at 11:00 a.m.

     k.     Fidelity Management & Research Company a/k/a FMR Corp., pursuant to Rule 30(B)(6): June 1, 2005 at 1:00 p.m.

     l.     Davis-Dinsmore Management Co., pursuant to Rule 30(B)(6): June 1, 2005, at 2:00 p.m.

     m.     Lord, Abbett & Co., LLC, pursuant to Rule 30(B)(6): June 1, 2005 at 3:00 p.m.

     n.     Deutsche Asset Management Americas, Inc., pursuant to Rule 30(B)(6): June 1, 2005, at 4:00 p.m.

     o.     ING Investments, LLC, pursuant to Rule 30(B)(6): June 2, 2005, at 9:00 a.m.

      p.    ING Investment Management Co., pursuant to Rule 30(B)(6): June 2, 2005, at 10:00 a.m.

      q.    SG Cowen & Co., LLC, pursuant to Rule 30(B)(6): June 2, 2005, at 11:00 a.m.

      r.    Tealwood Asset Management, Inc., pursuant to Rule 30(B)(6): June 2, 2005, at 1:00 p.m.

      s.    SMC Capital, Inc., pursuant to Rule 30(B)(6): June 2, 2005, at 2:00 p.m.

      t.    Morgan Stanley Investment Management, Inc., pursuant to Rule 30(B)(6): June 2, 2005, at 3:00 p.m.

      u.    Penn Capital Management Company, Inc., pursuant to Rule 30(B)(6): June 2, 2005, at 4:00 p.m.

      v.    Blackrock Financial Management, Inc., pursuant to Rule 30(B)(6): June 3, 2005, at 9:00 a.m.

      w.    MFG Global Investment Management, Inc., pursuant to Rule 30(B)(6): June 3, 2005, at 10:00 a.m.

      x.    St. Paul Travelers Companies, Inc., pursuant to Rule 30(B)(6): June 3, 2005, at 11:00 a.m.

      y.    Wells Fargo Bank, N.A., pursuant to Rule 30(B)(6): June 3, 2005, at 1:00 p.m.

      z.    Pekin Singer Strauss Asset Management, Inc., pursuant to Rule 30(B)(6): June 3, 2005, at 2:00 p.m.

You are invited to attend and cross-examine.

                                      Edward W. Harris III, # 7485-49
                                      James A. Strain, # 725-49
                                      Mary T. Doherty, #16692-49