UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMMIS COMMUNICATIONS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ADVENT CAPITAL MANAGEMENT, L.L.C., ) <br> OPPENHEIMER FUNDS, INC., FROLEY, REVY ) <br> INVESTMENT COMPANY INC., MERRILL ) <br> LYNCH INVESTMENT MANAGERS (NJ), ) <br> NUVEEN ASSET MANAGMENT, PUTNAM ) <br> INVESTMENT MANAGEMENT, L.L.C., ) <br> SHENKMAN CAPITAL MANAGEMENT, INC., ) <br> OAKTREE CAPITAL MANAGMENT, LLC, ) <br> GABELLI ASSET MANAGMENT COMPANY, ) <br> FIDELITY MANAGMENT & RESEARCH ) <br> COMPANY A/K/A FMR CORP., ) <br> DAVIS/DINSMORE MANAGMENT ) <br> COMPANY, GABELLI ASSET MANAGEMENT ) <br> (UK) LTD., LORD, ABBETT & CO. LLC, ) <br> DEUTSCHE ASSET MANAGMENT ) <br> AMERICAS, INC., ING INVESTMENTS, LLC, ) <br> (ARIZONA), ING INVESTMENT ) <br> MANAGMENT CO. (CT), SG COWEN & CO., ) <br> LLC, TEALWOOD ASSET MANAGMENT, ) <br> INC., SMC CAPITAL, INC., MORGAN ) <br> STANLEY INVESTMENT MANAGMENT INC. ) <br> (US), PENN CAPITAL MANAGEMENT, INC., ) <br> BLACKROCK FINANCIAL MANAGMENT ) <br> (VALUE), MFC GLOBAL INVESTMENT ) <br> MANAGMENT, ST. PAUL TRAVELERS ) <br> COMPANIES, INC., WELLS FARGO BANK, ) <br> N.A., PEKIN SINGER STRAUSS ASSET ) <br> MANAGMENT INC., ) <br> ) <br> Defendants. | Cause No. 1:05-cv-0791-SEB-VVS |

**ANSWER AND AFFIRMATIVE DEFENSE OF WELLS FARGO BANK, N.A.**

NOW COMES Wells Fargo Bank, N.A., by its undersigned attorneys, and answers plaintiff's complaint as follows:

1. In answer to paragraph 1 of plaintiff's complaint, admits on information and belief.

2. In answer to paragraph 2, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

3. In answer to paragraph 3, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

4. In answer to paragraph 4, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

5. In answer to paragraph 5, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

6. In answer to paragraph 6, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

7. In answer to paragraph 7, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

8. In answer to paragraph 8, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

9. In answer to paragraph 9, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

## PARTIES

10. In answer to paragraph 10, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

11. In answer to paragraph 11, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

12. In answer to paragraph 12, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

13. In answer to paragraph 13, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

14. In answer to paragraph 14, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

15. In answer to paragraph 15, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

16. In answer to paragraph 16, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

17. In answer to paragraph 17, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

18. In answer to paragraph 18, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

19. In answer to paragraph 19, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

20. In answer to paragraph 20, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

21. In answer to paragraph 21, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

22. In answer to paragraph 22, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

23. In answer to paragraph 23, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

24. In answer to paragraph 24, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

25. In answer to paragraph 25, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

26. In answer to paragraph 26 denies knowledge or information sufficient to form a belief as to the truth of the allegations.

27. In answer to paragraph 27, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

28. In answer to paragraph 28, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

29. In answer to paragraph 29, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

30. In answer to paragraph 30, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

31. In answer to paragraph 31, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

32. In answer to paragraph 32, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

33. In answer to paragraph 33, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

34. In answer to paragraph 34, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

35. In answer to paragraph 35, admits.

36. In answer to paragraph 36, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

37. In answer to paragraph 37, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

### JURISDICTION AND VENUE

38. In answer to paragraph 38, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

39. In answer to paragraph 39, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

### THE MISTAKE

5

40.     In answer to paragraph 40, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

41.     In answer to paragraph 41, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

42.     In answer to paragraph 42, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

43.     In answer to paragraph 43, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

44.     In answer to paragraph 44, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

45.     In answer to paragraph 45, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

46.     In answer to paragraph 46, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

47.     In answer to paragraph 47, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

48.     In answer to paragraph 48, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

49.     In answer to paragraph 49, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

50. In answer to paragraph 50, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

51. In answer to paragraph 51, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

52. In answer to paragraph 52, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

53. In answer to paragraph 53, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

**THE TENDER OFFER**

54. In answer to paragraph 54, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

55. In answer to paragraph 55, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

56. In answer to paragraph 56, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

**COUNT 1 - Declaration**

57. In answer to paragraph 57, repeats and realleges its foregoing answers to Paragraphs 1-56 as if fully set forth herein.

58. In answer to paragraph 58, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

59.   In answer to paragraph 59, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

60.   In answer to paragraph 60, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

61.   In answer to paragraph 61, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

62.   In answer to paragraph 62, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

63.   In answer to paragraph 63, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

**COUNT II - Reformation**

64.   In answer to paragraph 64, repeats and realleges its foregoing answers to Paragraphs 1-63 as if fully set forth herein.

65.   In answer to paragraph 65, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

66.   In answer to paragraph 66, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

**AFFIRMATIVE DEFENSE**

As and for an affirmative defense, Wells Fargo Bank, N.A., shows as follows:

67.   It is the trustee for approximately 300 shares of Emmis stock and as such was not and is not materially and substantially involved in the events and disputes set out in plaintiff's complaint.

WHEREFORE, Defendant Wells Fargo Bank, N.A., demands judgment dismissing plaintiff's complaint on its merits, with prejudice, and for its costs and disbursements in this action.

Dated this 3rd day of June, 2005.

>GONZALEZ, SAGGIO & HARLAN, LLP
>Attorneys for Defendant Wells Fargo Bank, N.A.
>
>/s/ Jeffery A. Whitney
>One of its Attorneys

Jeffery A. Whitney
GONZALEZ, SAGGIO & HARLAN, LLP
201 N. Illinois Street, Ste 1900
Indianapolis, IN 46204
(317) 686-9800

Of Counsel
Richard H. Porter
GONZALEZ, SAGGIO & HARLAN, LLP
225 E. Michigan, 4th Floor
Milwaukee, WI 53202
(414) 277-8500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 3rd day of June, 2005, by United States Mail, postage prepaid and properly addressed to the following:

Edward W. Harris III
James A. Strain
Mary T. Doherty
Sommer & Barnard, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204

Anne N. DePrez
Karoline E. Jackson
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Steven J. Strawbridge
B. Keith Shake
Thomas E. Statrom
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, Indiana 46244-0961

Penn Capital Management, Inc.
Attn: Highest Officer Found
52 Haddonfield-Berlin Road
Cherry Hill, NJ 08034

Blackrock Financial Management, Inc.
Attn: Highest Officer Found
40 East 52nd Street
New York, New York 10022

Pekin Singer & Strass Asset Management, Inc.
Attn: Highest Officer Found
311 South Wacker Drive, #4990
Chicago, Illinois 60606-6622

Fidelity Management & Research Company
Attn: Highest Officer Found
82 Devonshire Street
Boston, MA 02109

ING Investments, LLC
Attn: Highest Officer Found
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

ING Investment Management Co.
Attn: Highest Officer Found
230 Park Avenue
New York, NY 10169

SMC Capital, Inc.
Attn: Highest Officer Found
4350 Brownsboro Road, #310
Louisville, KY 40207

MFC Global Investment Management Inc.
Attn: Highest Officer Found
200 Clarendon Street, T-58
Boston, MA 02117

Morgan Stanley Investment Management, Inc.
Attn: Highest Officer Found
1221 6th Avenue
New York, NY 10020

Tealwood Asset Management
Attn: Highest Officer Found
100 South 5th Street, Suite 410
Minneapolis, MN 55402-1229

Nuveen Asset Management
Attn: Highest Officer Found
333 West Wacker Drive, #3200
Chicago, IL 60606-2290

Lord, Abbett & Co., LLC
Attn: Highest Officer Found
90 Hudson Street
Jersey City, NJ 07302

/s/ Jeffery A. Whitney