UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EMMIS COMMUNICATIONS CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 1:05-cv-791- SEB-VSS |
| | ) | |
| ADVENT CAPITAL MANAGEMENT, LLC, | ) | |
| Defendant. | ) | |

**ENTRY FOR JUNE 10, 2005**
**MAGISTRATE JUDGE V. SUE SHIELDS**

The Magistrate Judge reports that this case is settled.

Copies to:

Anne N. DePrez
BARNES & THORNBURG
adeprez@btlaw.com

Jeffery Alan Whitney
GONZALEZ SAGGIO & HARLAN LLP
jeff_whitney@gshllp.com

Edward Wesley Harris III
SOMMER BARNARD ATTORNEYS, PC
eharris@sommerbarnard.com

Karoline E. Jackson
BARNES & THORNBURG
kjackson@btlaw.com

Thomas E. Satrom
LOCKE REYNOLDS LLP
tsatrom@locke.com

B. Keith Shake
LOCKE REYNOLDS LLP
kshake@locke.com

Steven J. Strawbridge
LOCKE REYNOLDS LLP
sstrawbridge@locke.com