UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMMIS COMMUNICATIONS CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> ADVENT CAPITAL MANAGEMENT, LLC *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) 1:05-cv-0791-SEB-VSS ) ) ) ) ) ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

The undersigned parties, who together constitute all the parties who have appeared in this action, hereby stipulate to the dismissal of the above-captioned action with prejudice.

Pursuant to Local Rule 5.11, the undersigned counsel for Advent Capital Management *et al.* represents that she has conferred with Edward W. Harris, counsel for Emmis Communications, Steven Strawbridge, counsel for St. Paul Travelers Companies Inc. and Jeffrey A. Whitney, counsel for Wells Fargo, regarding this motion and that those attorneys have consented to the filing of this joint motion by counsel for Advent Capital Management.

Dated June 14, 2005.

Edward W. Harris III, #7485-49
James A. Strain, #725-49
Mary T. Doherty, #16692-49
SOMMER & BARNARD, P.C.
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500

Attorneys for Emmis
Communications


/s/ Anne N. DePrez
Anne N. DePrez
Karoline E. Jackson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, In 46204
Telephone: (317) 231-7264

Attorneys for Advent Capital
Management *et al.*


/s/ Per Rule 5.11, see above
Steven Strawbridge
Thomas Satrom
Locke Reynolds LLP
201 North Illinois, Suite 1000
Post Office Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800

Attorneys for St. Paul Travelers
Companies, Inc.

/s/ Per Rule 5.11 see above
Jeffrey A. Whitney
GONZALEZ, SAGGIO &
HARLAN, LLP
201 N. Illinois Street, Suite 1900
Indianapolis, IN 46204
(317) 686-9800

Attorneys for Wells Fargo